Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

FILED '09 FEB 09 07:45 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KAREN KAY JONK,**

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 6:08-CV-6073-HO

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall pay and mail to Plaintiff's attorney the sum of $6302.30 for full settlement of all claims for fees under EAJA.

IT IS SO ORDERED this day of February _6_, 2009

_/s/ Michael Hogan_
U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA